# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

| | |
|---|---|
| Dion Collins<br>Shana Collins<br>8773 Lilly<br>Ypsilanti, MI 48197 | Chapter 13<br>Case Number: 16-53057<br>Judge Maria L. Oxholm |

Debtor SS#: xxx-xx- 8738
Joint Debtor SS#: xxx-xx-6280

Debtor(s).
_____/

## APPLICATION FOR APPROVAL OF ATTORNEY FEES AND COST AS A CHAPTER 13 ADMINISTRATIVE EXPENSE PURSUANT TO L.B.R. 9014-1 (E.D.M.)

Babut Law Offices, P.L.L.C., attorney for the Debtor, asks the Court to approve this fee application, and in support states the following:

1. For legal fees and expenses expended on behalf of the Debtor, the undersigned requests approval of the following compensation (Pursuant to L.B.R. 2016-1(a)(1) (E.D.M.)):

| | | |
|---|---|---|
| A. | Total amount of legal fees sought: | $ 1,748.25 |
| B. | Total amount of expenses sought: | $ 27.48 |
| C. | Amount paid directly by the Debtor: | $ 500.00 |

  D. Total Compensation to be paid by Chapter 13 Trustee:  $ 1, 275.73

2. The compensation sought is for legal fees incurred during the period of 09/21/16 to 12/06/16 (Pursuant to L.B.R. 2016-1(a)(2) (E.D.M.)).

3. The following services were performed for the benefit of the Debtors: communicated with the Debtors regarding bankruptcy options to stop their foreclosure in person, over the phone, and by email; reviewed Debtors' documents [tax returns, pay stubs, statements, foreclosure notice, etc.]; filed bankruptcy related documents with Court; reviewed court filings; communicated with the Debtors creditors; attended a 341 Meeting; reviewed case on 13 Network; reviewed case on Pacer; reviewed Trustee communications; and prepared this fee application.

4. Pursuant to L.B.R. 2016-1(a)(4) (E.D.M.)), there were no adversary proceeding, state, or other federal litigation, or administrative proceedings in which the applicant was involved.

5. Pursuant to L.B.R. 2016-1(a)(5) (E.D.M.), according to the Trustee records, $966.93 has been paid into the Plan; $566.44 has been dispersed; there is $400.49 on hand; and this fee application will not prejudice creditors.

6. Pursuant to L.B.R. 2016-1(a)(5) (E.D.M.), the Applicant will continue to monitor the case [although it will be dismissed].

7. There is $ 27.48 in unpaid administrative expenses incurred by the Debtors counsel (Pursuant to L.B.R. 2016-1(a)(7)(E.D.M.).

8. In no specific instance is any award sought for services of more than one professional and paraprofessional (Pursuant to L.B.R. 2016-1(a)(8)(E.D.M.)).

9. This is the Debtors Attorney's First Fee Application (Pursuant to L.B.R. 2016-1(a)(9)(E.D.M.)).

10. The Debtors' attorney sought concurrence of the requested fees set forth in Exhibit B from the Debtors at least 7 days before this Application was filed, and no response was provided (Pursuant to L.B.R. 2016-1(a)(10)(E.D.M.)).

11. That "cause" exists for the Court to direct the Chapter 13 Trustee to disperse any funds on hand to the Applicant. Specifically, the Debtors came to Applicant and asked for him to work to have their Chapter 13 case confirmed; the Debtors agreed to pay the Debtors' counsel for work through funds they paid to the Chapter 13 Trustee; the Debtors counsel justifiably relied on the Debtors agreement to pay his fees and/or expenses through the Chapter 13 Trustee [Pursuant to 11 U.S. Code § 349].

12. The undersigned has attached to this Application the following Exhibits:

    Exhibit A: the Proposed Order granting the Application.

Exhibit B: a summary statement of the hours of service rendered by each professional and paraprofessional, the hourly rate of each, an itemized time record of each service for which an award of compensation is sought, and an itemized statement of expenses for which reimbursement is sought.

Exhibit C: a copy of the Applicant's statement under F.R.Bankr.P.2016 (B).

Exhibit D: the Attorney(s)' Biographical Statement.

Exhibit E: a letter either signed by the Debtor approving this Application, or showing 7 days has passed since approval was sought.

Exhibit F: the Trustee's Profile of the Debtor.

WHEREFORE, Babut Law Offices, P.L.L.C., requests an order approving total compensation for the period covering 09/21/16 to 12/06/16 in the amount of **$1775.73**.

Date: December 6, 2016

Respectfully, Submitted,

Attorney    /s/ Thomas Paluchniak

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

| | |
|---|---|
| Dion Collins<br>Shana Collins<br>8773 Lilly<br>Ypsilanti, MI 48197 | Chapter 13<br>Case Number: 16-53057<br>Judge Maria L. Oxholm |

Debtor SS#: xxx-xx-8738
Joint Debtor SS#: xxx-xx-6280

Debtor(s).
_____/

## NOTICE OF APPLICATION FOR APPROVAL OF ATTORNEY FEES AND COST AS A CHAPTER 13 ADMINISTRATIVE EXPENSE PURSUANT TO L.B.R. 9014-1 (E.D.M.)

The Debtor's Attorney has filed with the Court an Application for Approval of Payment of Attorney Fees and Cost as a Chapter 13 Administrative Expense.

| | |
|---|---|
| **Fees Requested:** | $1,748.25 |
| **Expenses Requested:** | $27.48 |
| **Time Period:** | 09/21/16 to 12/06/16 |
| **Prior fees and cost paid by the Debtor(s):** | $500.00 |
| **Balance on Retainer** | $0.00 |

**Total Fees and Expenses sought this Fee Application: $1,775.73 [minus $500 paid direct by Debtors]**

PLEASE NOTE: This Application is available for public review at the Clerk's Office, 21st Floor, U.S. Bankruptcy Court, 211 W. Fort Street, Detroit, MI, Monday through Friday, from 8:30 a.m. to 4:00 p.m.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion for Approval of the First Fee Application, or if you want the court to consider your views on the motion. Within 21 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:

> United States Bankruptcy Court
> 211 W. Fort Street, Suite 2100
> Detroit, MI 48226-3211

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| William C. Babut (P41099) | Tammy L. Terry |
| Thomas Paluchniak (P70284) | Chapter 13 Trustee |
| Attorneys for Debtor | 535 Griswold |
| 700 Towner Street | Suite 2100 |
| Ypsilanti, MI 48198 | Detroit, MI 48226 |

2. If a response or answer is timely filed and served with the Court, the Clerk will schedule a hearing on the Application and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Attorney /s/ Thomas Paluchniak
Thomas Paluchniak P70284
Babut Law Offices, P.L.L.C.
700 Towner Street
Ypsilanti, MI 48198
734-485-7000
tpaluchniak@babutlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

In the Matter of:

Dion & Shana Collins
8773 Lilly
Ypsilanti, MI 48197
Debtor SS#: xxx-xx- 8738
Joint Debtor SS#:  xxx-xx-6280

Chapter 13
Case Number: 16-53057
Judge Maria Oxholm

Debtor(s).
_____/

## PROPOSED ORDER GRANTING APPLICATION FOR APPROVAL OF ATTORNEY FEES AND COST AS A CHAPTER 13 ADMINISTRATIVE EXPENSE PURSUANT TO L.B.R. 9014-1 (E.D.M.)

This matter coming before the Court upon the Application of the attorney for the Debtor(s); all interested parties having been served with notice of the Application; the provisions of L.B.R. 9014-1 and 2016-1 (E.D.M.) having been satisfied; and the Court being otherwise fully advised:

IT IS HEREBY ORDERED THAT:

1.   The Court finds there is cause to approve the Applicant's fees and expenses as follows:

| | |
|---|---|
| **Prior fees awarded:** | $0.00 |
| **Prior expenses awarded:** | $0.00 |
| **Total Prior Award:** | $0.00 |
| | |
| **This Application's Award for Fees:** | $1748.25 |
| **This Application's Award for Expenses:** | $27.48 |
| **Total Award this Application:** | $1775.73 |

| | |
|---|---|
| GRAND TOTAL OF FEES AND EXPENSES FOR ALL APPLICATIONS [by Applicant]: | **$1775.73** |
| Less previously paid to the Applicant: | **$500.00** |
| BALANCE DUE: | **$ 1275.73** |

2. This award cover services rendered and expenses incurred during the time period **09/21/16 to 12/06/16**.

3. To the extent that fees and costs pursuant to this Order are not available to be disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor(s) after the case is dismissed.

Exhibit A

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

Dion Collins  
Shana Collins  
8773 Lilly  
Ypsilanti, MI 48197

Chapter 13  
Case Number: 16-53057  
Judge Maria L. Oxholm

Debtor SS#:      xxx-xx- 8738  
Joint Debtor SS#:   xxx-xx-6280

Debtor(s).  
_____/

## Statement of Services

**BABUT LAW OFFICES, P.L.L.C.**  
Attorneys & Counselors at Law  
700 Towner Street  
Ypsilanti, MI 48198

To:

**Dion & Shana Collins**  
8773 Lilly  
Ypsilanti, MI 48197

| Date | Transaction | Quantity | Rate | Amount |
|---|---|---|---|---|
| 09/21/16 | TP – Met with clients to discuss bankruptcy And foreclosure. Prepared schedules, and Documents. Signed Necessary documents. | 1.5 | 240.00 | 360.00 |
| 09/21/16 | TP – Reviewed documents emailed by previous Attorney they met [who didn't want to Take case]. Partial best Case file. Pay stubs tax returns. | 0.5 | 240.00 | 120.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/21/16 | TP – reviewed client email regarding law firm Foreclosing. | 0.1 | 240.00 | n/c |
| 09/21/16 | KJ – Filed a skeletal case to stop foreclosure And notified Potestivo & Associates. | .05 | 45.00 | 22.50 |
| 09/22/16 | TP – Phone call with Melissa Francis Regarding home owners Association. Needs to be treated in plan. | 0.10 | 240.00 | 24.00 |
| 09/22/16 | TP – reviewed email from Melissa Francis regarding Home Owner Fees. | 0.10 | 240.00 | n/c |
| 09/26/16 | KJ – Submitted an Order to Pay Filing Fee In Installments. | 0.10 | 45.00 | n/c |
| 09/30/16 | TP – Met with clients prepared remaining docs | 1.0 | 240.00 | 240.00 |
| 10/05/16 | TP – emailed clients. Needed verification of Debtors pay frequency and who wanted the Deduction. | 0.1 | 240.00 | n/c |
| 10/05/16 | TP – responded to wife's follow up question. | 0.1 | 240.00 | n/c |
| 10/05/16 | KJ – Filed Remaining Docs | 0.25 | 45.00 | 11.25 |
| 10/06/16 | KJ – Prepared and Filed Certificate of Service And served plan on matrix. | 0.25 | 45.00 | n/c |
| **10/06/16** | **KJ – Postage** | **36.0** | **.46** | **17.48** |
| 10/06/16 | KJ – emailed docs to Trustee for compliance | 0.25 | 45.00 | 11.25 |
| 10/10/16 | KJ – Received objection by Whispering Meadow Pulled file gave to Tom. | 0.10 | 45.00 | n/c |
| 10/10/16 | KJ – Prepared and filed Payment Order for both Debtors. | 0.25 | 45.00 | 11.25 |
| 10/10/16 | TP – Reviewed objections by Whispering Meadows. | 0.25 | 240.00 | n/c |
| 10/24/16 | KJ – Sent client letter we received on their Behalf from Nationstar Mortgage. | 0.10 | 45.00 | n/c |
| 10/25/16 | TP – reviewed Trustee email. Issue With pay order. | 0.10 | 240.00 | n/c |
| 10/28/16 | TP – reviewed outstanding issues. Sent Clients an email – need tax returns ASAP. | 0.20 | 240.00 | 48.00 |
| 10/31/16 | TP – emailed clients – reminded of hearing. | 0.10 | 240.00 | n/c |
| 10/31/16 | KJ – Called client to remind her of 341 Meeting | 0.10 | 45.00 | n/c |
| 11/01/16 | TP – Travel time to and from Detroit for 341 Meeting of Creditors hearing. | 1.0 | 240.00 | 240.00 |
| **11/01/16** | **TP – Parking** | **1.0** | **10.00** | **10.00** |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/01/16 | TP – Attended 341 Meeting of Creditors Hearing | 1.0 | 240.00 | 240.00 |
| 11/08/16 | KJ – Notice of Requirement to File Financial Mgmt. Course sent copy to client. | 0.10 | 45.00 | n/c |
| 11/15/16 | TP – Trustee called inquiring about pay order Made corrections, sent it back. | 0.25 | 240.00 | 60.00 |
| 11/15/16 | TP – Reviewed IRS email concerning tax returns | 0.25 | 240.00 | 60.00 |
| 11/15/16 | TP – Reminded clients [via email] need Tax returns. | 0.10 | 240.00 | 24.00 |
| 11/15/16 | TP – emailed client need tax returns, provided Instructions on where to send them to the IRS. Need them to come in to make amendments. | 0.25 | 240.00 | 60.00 |
| 12/01/16 | TP – reviewed email from Mellissa Francis – OK with adjournment<br>- Wants adequate protection Payment. Responded. | 0.10 | 240.00 | 24.00 |
| 12/05/16 | TP – reviewed wife email. Husband in Hospital. Reduced income. Called Wife. Reviewed options with wife. Said she'd get back with me. | 0.20 | 240.00 | 24.00 |
| 12/05/16 | TP – spoke with wife – likely want case Dismissed. Called husband. | 0.10 | 240.00 | n/c |
| 12/05/16 | TP – called husband to discuss case. He is still in hospital. | 0.10 | 240.00 | n/c |
| 12/06/16 | TP – prepared and filed debtors' confirmation Hearing certificate [seeking adjournment – in Case debtors change mind [based on husband Health condition]. | 0.25 | 240.00 | 60.00 |
| 12/06/16 | TP- prepared and sent letter to clients regarding application for approval of our attorney fees. | 0.2 | 240.00 | 48.00 |
| 12/06/16 | TP – Prepared and filed Application for Approval of attorney fees. | 2.0 | 240.00 | 120.00 |

**Total to Date Fees and Expenses (this fee app):** $1775.73

**Less Previous Amount Paid Direct:** $500.00

**Amount Owed:** $1275.73

| Code | Staff Person | Position | Rate |
|------|--------------|----------|------|
| WB | William C. Babut | Attorney | $265.00/hour |
| NH | Nathaniel Herdt | Attorney | $240.00/hour |
| JF | Greg Frye | Attorney | $225.00/hour |
| TP | Thomas Paluchniak | Attorney | $240.00/hour |
| TM | Trish Montgomery | Paralegal | $85.00/hour |
| KJ | Kim Justice | Secretary | $45.00/hour |

Attorney /s/ Thomas Paluchniak
Thomas Paluchniak P70284
Babut Law Offices, P.L.L.C.
700 Towner Street
Ypsilanti, MI 48198
734-485-7000
tpaluchniak@babutlaw.com

Exhibit B

# United States Bankruptcy Court
## Eastern District of Michigan

In re: Dion Jerrod Collins, Shana K Collins, Debtor(s)

Case No. _____
Chapter 13

## STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [X] **FLAT FEE**
   - A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid ........................... 3,500.00
   - B. Prior to filing this statement, received ........................... 500.00
   - C. The unpaid balance due and payable is ........................... 3,000.00

   [ ] **RETAINER**
   - A. Amount of retainer received ...........................
   - B. The undersigned shall bill against the retainer at an hourly rate of $____. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ 0.00 of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]
   - A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   - B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   - C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   - D. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   - E. ~~Reaffirmations;~~
   - F. ~~Redemptions;~~
   - G. Other: Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services: Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

6. The source of payments to the undersigned was from:
   - A. XX  Debtor(s)' earnings, wages, compensation for services performed
   - B. ____ Other (describe, including the identity of payor) ____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: September 21, 2016

/s/ Thomas Paluchniak
Attorney for the Debtor(s)
Thomas Paluchniak P70284
BABUT LAW OFFICES, P.L.L.C.
700 Towner Street
Ypsilanti, MI 48198
(734) 485-7000 wbabut@babutlaw.com

Agreed: /s/ Dion Jerrod Collins
Dion Jerrod Collins
Debtor

/s/ Shana K Collins
Shana K Collins
Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

In the Matter of:

Dion Collins
Shana Collins
8773 Lilly
Ypsilanti, MI 48197

Chapter 13
Case Number: 16-53057
Judge Maria L. Oxholm

Debtor SS#:       xxx-xx- 8738
Joint Debtor SS#: xxx-xx-6280

Debtor(s).
_____/

## ATTORNEY'S BIOGRAPHICAL STATEMENT

BABUT LAW OFFICE, P.L.L.C., submits the following biographical statement in support of this Application:

**William Babut (attorney):**

1. Date and Place of Birth: April 24, 1960; Niagara Falls, NY
2. Educational Achievements:
   A. New York State High School Regents Diploma - 1978
   B. Bachelor of Arts - Eastern Michigan University (Business - Major: Accounting).
   C. Passed CPA Exam - 1985.
   D. Thomas M. Cooley Law Review - 1986-1987.
   E. Juris Doctor with Distinction - Thomas M. Cooley Law School - 1987.
3. Professional Membership and Associations:
   A. Washtenaw County Bar Association.
   B. State Bar of Michigan - admitted to practice May 16, 1988.
   C. U.S. Court of Appeals for the Sixth Circuit.
   D. U.S. District Court for the Eastern District of Michigan.
   E. U.S. District Court for the Western District of Michigan.
   F. Consumer Bankruptcy Association.
   G. Professional Business Association - 1995 to present.
   H. Treasurer - Charter Township of Augusta - 1999 to 2007.
   I. Washtenaw County Treasurers Association.

4. Continuing Education:
   A. Chapter 13 Seminar; Consumer Bankruptcy Association and Office of the Chapter 13 Standing Trustee - Detroit; Troy, Michigan - September 4, 1999 - 7 hours.
   B. Consumer Bankruptcy Association, Brown Bag Lunch Seminar: Income Tax Intersections with Chapters 7 & 13; Detroit, MI, July 23, 2003 - 1.25 hours.
   C. Consumer Bankruptcy Association 2003 Seminar; Troy, MI October 3, 2003 - 6 hours.
   D. New Bankruptcy Code Seminar; Detroit, MI, June 3, 2005 - 4 hours.
   E. BAPCPA One Year Later A Columbus Day Seminar; Novi, MI, October 9, 2006 - 7 hours.
   F. Consumer Bankruptcy Association, "Nuts & Bolts" Approach Seminar; Sterling Heights, MI, May 7, 2007 - 5 hours.
5. Certifications and Ratings:
   A. Martindale - Hubbard - "CV" rated.
6. Has practiced bankruptcy law for over twenty years and has been involved in thousands of Chapter 7 cases, hundreds of Chapter 13 cases, and several Chapter 11 cases. **Current hourly rate $265.**

## Thomas Paluchniak (attorney):

1. Place of Birth: Dearborn, Michigan.
2. Educational Achievements:
   A. Graduate of the Fashion Institute of Technology, Associate Menswear Design, 1994.
   B. Eastern Michigan University, Bachelor of Science, Philosophy, 2000.
   C. Wayne State University College of Law, Juris Doctor 2005.
      i. Moot Court (2 years).
      ii. Law Review (2 years).
3. Professional Membership and Associations:
   A. State Bar of Michigan, admitted to practice 2006.
   B. U.S. District Court for the Eastern District of Michigan, admitted to practice 2008.
   C. U.S. District Court for the Western District of Michigan, admitted to practice 2010.
   D. Consumer Bankruptcy Institute, Plymouth, Michigan, April 1, 2011 - 7 hours.
4. Practiced Bankruptcy almost exclusively since 2007, and has been involved in thousands of Chapter 7 cases and hundreds of Chapter 13 cases. **Current hourly rate $240.**

## Patricia E. Montgomery (paralegal):

High School Diploma
1. Date and Place of Birth: July 30, 1970, Dearborn, MI.
   Have been a legal secretary/paralegal and with this firm since 1991.
2. Continuing Legal Education:

A. Attended Chapter 13 seminar Re: TRAC; Southfield, MI - 4 hours.
B. Attended Chapter 13 Network seminar; Southfield, MI - 2007 - 1-2 hours.
C. Consumer Bankruptcy Institute, Plymouth, Michigan, April 1, 2011 - 7 hours.

Exhibit D

BABUT LAW OFFICES, P.L.L.C.  Attorneys and Counselors at Law

700 Towner Street, Ypsilanti, MI 48198 - (734) 485-7000 Fax (734) 485-6251

William C. Babut, Esq.
J. Gregory Frye, Esq.
Thomas Paluchniak, Esq.

December 6, 2016

**Dion & Shana Collins**
8773 Lilly
Ypsilanti, MI 48197

    RE: Chapter 13 Bankruptcy

Hello:

Thank you for allowing us to represent you. Enclosed please find a copy of our First Application for Approval of Payment for Post Confirmation Attorney Fees as a Chapter 13 Administrative Expense Pursuant to L.B.R 9014-1 (E.D.M.), and other related documents.

The purpose of this Application is for our Office to be paid for legal fees and expenses by the Chapter 13 Trustee from monies you paid to the Trustee [or by you if the Trustee is unable to pay the fees]. In our First Application, **we are seeking $1748.25 in legal fees, and $27.48 in expenses [minus the $500 you already paid].**

If you approve the Court entering an order granting our legal fees and expenses, please sign this letter and return it to our office as soon as possible. If you do not sign the letter, the Court may still award our legal fees and expenses after a period of time has passed.

If you oppose the Court entering an order granting our legal fees and expenses then you must prepare a written objection(s) and file it with the Court within the time period indicated on the enclosed Notice.

If you have any further questions and/or concerns, please do not hesitate to contact me. Thank you for your prompt attention.

                          Sincerely,

                          **Thomas Paluchniak**

I, the Debtor(s), understand that: I do not have to sign this document unless I agree with it; I signed this document on the date stated below; When I signed this document, all the blanks were filled in; I agree that the fees and expenses requested should be allowed.

Date signed: _____
Debtor(s) signature:     _____
Joint-Debtor(s) signature:     _____

                              Exhibit E

**PRINT INQUIRY**     Close Window     Click Here to Print this Page

| 16-53057-MLO | Dion Jerrod Collins (xxx-xx-8738) | 8773 Lilly • • Ypsilanti • MI • 48197 | $2,031.00 MO | Bar Date(s): | 1/30/2017 4/30/2017 |
|---|---|---|---|---|---|
| | Shana K Collins (xxx-xx-6280) | 8773 Lilly • • Ypsilanti • MI • 48197 | | Confirmed: | Not Confirmed |
| | Trustee: Tammy L. Terry | Attorney: Babut Law Offices, PLLC | | Case Status: | Active |

The data on these pages has not been audited and is provided for general information only.

## Case Profile

| | |
|---|---|
| Balance on Hand | $400.49 |
| Last Receipt Date | Monday, November 21, 2016 |
| Last Receipt Amount | $322.31 |
| Last Disburse Date | Thursday, December 01, 2016 |
| 341 Meeting Date | Tuesday, November 01, 2016 10:00 AM |
| Date Petition Filed | Wednesday, September 21, 2016 |
| Total Paid Into the Plan | $966.93 |
| Total Disbursed | $566.44 |
| Attorney Payee / Level | Babut Law Offices, PLLC / 4 |
| Judge | MARIA L. OXHOLM |
| Plan Terms | 60 |
| Months Remaining | 0 |
| Percent to Unsecureds | 0.000% |
| Bar Check Status | No |
| Disburse Flag | No |
| Months Since Confirmation | |
| Months Since Petition Filed | 3 |



Receipts last 24 months



Disbursements last 24 months

### CASE DETAIL

| | |
|---|---|
| Debtor Type | Individual |
| Trustee's Percentage | 7.00% |
| Total Paid to Trustee | $67.68 |
| Permanent Hold | $0.00 |
| Temporary Hold | $0.00 |
| Unsecured Interest | 0.00% |
| Attorney Percentage | 0.00% |
| Attorney Pay Level For Percentage | 0 |

### DATES AND TIMES

| | |
|---|---|
| Plan Filed Date | Wednesday, October 05, 2016 |
| Petition Filed Date | Wednesday, September 21, 2016 |
| First Meeting Date | Tuesday, November 01, 2016 10:00 AM |
| First Payment Due Date | Friday, October 21, 2016 |
| Confirmation Hearing Date | Monday, December 12, 2016 10:00 AM |
| Date Case Confirmed | |
| Show Cause Date | |
| Probation Date | |
| Last Letter Date | |
| Closed Date | |
| Cleared Date | |

### CODES AND FLAGS

| | |
|---|---|
| Region | 1 - 1 |
| District | 1 - Eastern District of Michigan |
| Division | 1 - Southern Division - Detroit |
| End Digit | 57 |
| Tax Refund % | 100 |
| Amt of hold perm req'd per plan for Atty | $3000.00 |
| 341 Room | D |

### DEBTOR1 - DION JERROD COLLINS

| | |
|---|---|
| Address 1 | 8773 Lilly |
| Address 2 | |
| City, State | Ypsilanti MI |
| Zip Code | 48197-0000 |
| Phone | |
| SSN | xxx-xx-8738 |
| AKA | |
| DBA | |

### DEBTOR2 - SHANA K COLLINS

| | |
|---|---|
| Address 1 | 8773 Lilly |
| Address 2 | |
| City, State | Ypsilanti MI |
| Zip Code | 48197-0000 |
| Phone | |

| Claims Bar Date | Monday, January 30, 2017 | | SSN | xxx-xx-6280 |
|---|---|---|---|---|
| | | | AKA | |
| | | | DBA | |

## ADDITIONAL AMOUNTS

### DEBTOR PAY SCHEDULE

FCA US LLC Payroll Services paying **$2,031.00** MONTHLY for Dion Jerrod Collins



EXHIBIT F

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

In the Matter of:

Dion Collins
Shana Collins
8773 Lilly
Ypsilanti, MI 48197

Chapter 13
Case Number: 16-53057
Judge Maria L. Oxholm

Debtor SS#: xxx-xx-8738
Joint Debtor SS#: xxx-xx-6280

Debtor(s).
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2016, a copy of this **Fee Application for Approval of Payment of Attorney Fees and Costs as a Chapter 13 Administrative Expense Pursuant to L. B.R. 9014-1 (E.D.M.), Notice of Fee Application for Approval of Payment of Attorney Fees and Cost as a Chapter 13 Administrative Expense Pursuant to L. B.R. 9014-1 (E.D.M.) for Period , Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, and Exhibit F,** were served electronically or by regular United States mail to all interested parties, to the Chapter 13 Trustee, and to the U.S. Trustee.

/s/ Kim Justice
**KIM JUSTICE**
**Babut Law Offices, P.L.L.C.**
**700 Towner Street**
**Ypsilanti, MI 48198**
**734-485-7000**
kim@babutlaw.com